

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2021

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Appellant, who is acting pro se on appeal, appeals from orders entered in the underlying suit affecting the parent-child relationship. Appellant's brief was originally due on July 21, 2021. Appellant has received on extension of time in which to file his brief, to August 20, 2021. On August 17, 2021, appellant filed an unopposed motion requesting a two-week extension.

We GRANT appellant's motion for an extension of time in which to file his brief. Appellant is hereby ORDERED to file his brief **no later than September 3, 2021**. Further requests for an extension of time will not be granted absent extenuating circumstances.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court